IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ALLIED SYSTEM HOLDINGS INC., et al.,<br><br>      Debtors. | )<br>)<br>) Bank. No. 12-11564-CSS<br>) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLIED SYSTEMS HOLDINGS INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>MARK GENDREGSKE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 13-1010-SLR<br>) Adv. No. 13-50530-CSS<br>)<br>)<br>) |
| YUCAIPA AMERICAN ALLIANCE FUND I, LP, et al.,<br><br>      Appellants-Defendants,<br><br>      v.<br><br>BLACK DIAMOND CLO 2005-1 LTD., et al.,<br><br>      Appellees-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>) Misc. No. 15-232-SLR<br>) Adv. No. 14-50971-CSS<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| BLACK DIAMOND CLO 2005-1 LTD., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 15-256-SLR<br>) Adv. No. 14-50971-CSS |
| YUCAIPA AMERICAN ALLIANCE FUND I, LP, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

ORDER

At Wilmington this 6th day of January, 2016, having reviewed the motion for clarification[1] of the court's November 13, 2015 order filed by Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomzcak (together, the "Yucaipa Defendants") in the above-captioned cases; and having reviewed the opposition of the Official Committee of Unsecured Creditors and the opposition of Black Diamond and Spectrum, each filed on December 22, 2015; and having reviewed the response of Mark Gendregske filed on December 29, 2015; and having reviewed the Yucaipa Defendants' reply in support of the motion for clarification filed on January 4, 2016; and concluding that the motion for clarification is an untimely and, therefore, procedurally improper attempt to reargue issues previously decided by this court; and concluding that no clarification of the November 13, 2015 order is required;

NOW, THEREFORE, IT IS ORDERED that the motion for clarification is denied.

United States District Judge

---

[1] Civ. No. 13-1010 (D.I. 35); Civ. No. 15-256 (D.I. No. 20).